ZUCKERMAN ET AL. *v.* GREASON.

No. 71. Decided February 13, 1967.

*Leonard Feldman* for petitioners.

*Samuel Greason,* respondent, *pro se.*

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the Appellate Division of the Supreme Court of New York, Second Judicial Department, for reconsideration in light of *Spevack* v. *Klein,* 385 U. S. 511.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART would affirm the judgment below for the reasons set forth in MR. JUSTICE HARLAN's dissenting opinion in *Spevack* v. *Klein,* 385 U. S., at 520.

MR. JUSTICE WHITE dissents for the reasons stated in his dissenting opinion in *Garrity* v. *New Jersey,* and *Spevack* v. *Klein,* 385 U. S., at 530.